ALEX G. TSE
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
BEATRICE NA, CSBN 303390
Special Assistant United States Attorney
    Social Security Administration
    Office of the General Counsel
    160 Spear St. Ste. 800
    San Francisco, CA 94105
    Telephone: (415) 977-8967
    Facsimile: (415) 744-0134
    E-mail: beatrice.na@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RENA LANE VANLENGEN,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 4:18-cv-00566-HSG<br><br>JOINT STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys that, with the approval of this Court, time for Defendant to file her Answer to Plaintiff's Complaint and Certified Administrative Record (CAR) be extended by 30 days, from May 9, 2018 to June 8, 2018.

There is good cause for this extension. Agency's component responsible for preparing CARs, Office of Disability Adjudication and Review (ODAR), has not yet completed production of the CAR and needs additional time to prepare and produce the CAR. Defendant respectfully requests this additional time for production, review, and delivery of the copy of the CAR to the

United States Attorney's Office, so that a complete record can be presented to the Court and Plaintiff.

The parties also request that all other deadlines in the Court's Scheduling Order be extended accordingly.

The parties stipulate in good faith, with no intent to prolong proceedings unduly.

Respectfully submitted,

Dated: May 4, 2018

*/s/ Beatrice Na for Stuart Barasch*\*
(* As authorized via email on May 4, 2018)
STUART BARASCH

Attorney for Plaintiff

Dated: May 4, 2018

ALEX G. TSE
United States Attorney

By: */s/ Beatrice Na*
BEATRICE NA
Special Assistant United States Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

Dated: May 8, 2018

_____
THE HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Judge